**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2258**

---

KARON ANN PARHAM,

Plaintiff - Appellant,

versus

W. C. AYSCUE, Executor of the Estate of Gerald
A. Frazier, deceased,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-96-421-5-H2)

---

Submitted:  December 13, 1996        Decided:  December 23, 1996

---

Before MURNAGHAN, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Karon Ann Parham, Appellant Pro Se. Lewis Wardlaw Lamar, VALENTINE, ADAMS & LAMAR, L.L.P., Nashville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her civil action for lack of federal jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Parham v. Ayscue, No. CA-96-421-5-H2 (E.D.N.C. Aug. 5, 1996). We grant Appellant's motion to include the case number on her informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED